UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

L<small>EONARDO</small> L<small>LERAS</small>-R<small>ODRIGUEZ</small>,

        Plaintiff,                  Case No. 1:21-cv-787

v.                                        Honorable Ray Kent

T<small>HE</small> GEO G<small>ROUP</small>, I<small>NC</small>. et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   December 8, 2021            /s/ Ray Kent
                                                            Ray Kent
                                                            United States Magistrate Judge