UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LEONARDO LLERAS-RODRIGUEZ,

        Plaintiff,

v.

GEO GROUP, INC. et al.,

        Defendants.
_____/

Case No. 1:21-cv-787

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:  July 26, 2022

        /s/ Ray Kent
        Ray Kent
        United States Magistrate Judge